IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NANCY LEWIS and LADY BROWN**
**DOG the ENFORCER,**

      Plaintiff(s),

v.                           No. 9CV269 LFG/WDS

**JOY JUNCTION HOMELESS SHELTER**
**and ALBUQUERQUE POLICE DEPARTMENT,**

      Defendants.

### ORDER TO PROCEED IN FORMA PAUPERIS

**IT IS ORDERED:** The Plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is granted.

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

 

                                                **W. DANIEL SCHNEIDER**
                                                **United States Magistrate Judge**