IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NANCY LEWIS and LADY BROWN
DOG the ENFORCER,

      Plaintiff(s),

v.                                                  No.9CV269 LFG/WDS

JOY JUNCTION HOMELESS SHELTER
and ALBUQUERQUE POLICE DEPARTMENT,

      Defendant(s).

## ORDER FOR SERVICE OF PROCESS

This matter is before the court *sua sponte* pursuant to 28 U.S.C. § 1915, it appearing to the court that plaintiff is proceeding under 28 U.S.C. § 1915, and that personal service of the summons and complaint is required in this matter.

IT IS THEREFORE ORDERED that the U.S. Marshal is directed to service the summons and complaint personally on defendant(s) as directed by the Clerk.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE